IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Montgomery Jr, Clarence | Case Number: 08 B 17938 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 12/23/08 | Filed: 7/11/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: October 21, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 2,300.00 | |
| Secured: | | 345.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,294.00 |
| Trustee Fee: | | 115.56 |
| Other Funds: | | 545.44 |
| Totals: | 2,300.00 | 2,300.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 1,294.00 | 1,294.00 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | Real Time Resolutions | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 14,000.00 | 45.00 |
| 5. | Capital One Auto Finance | Secured | 31,891.00 | 300.00 |
| 6. | Real Time Resolutions | Secured | 16,000.00 | 0.00 |
| 7. | Litton Loan Servicing | Secured | 50,000.00 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 43.98 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 207.03 | 0.00 |
| 10. | Commonwealth Edison | Unsecured | 206.24 | 0.00 |
| 11. | Cook County Treasurer | Unsecured | 882.89 | 0.00 |
| 12. | RMI/MCSI | Unsecured | 332.50 | 0.00 |
| 13. | Asset Acceptance | Unsecured | 167.58 | 0.00 |
| 14. | Capital One Auto Finance | Unsecured | 159.43 | 0.00 |
| 15. | Resurgent Capital Services | Unsecured | 167.88 | 0.00 |
| 16. | American Express | Unsecured | 70.83 | 0.00 |
| 17. | Resurgent Capital Services | Unsecured | 12.98 | 0.00 |
| 18. | RoundUp Funding LLC | Unsecured | 177.70 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 802.10 | 0.00 |
| 20. | Jefferson Capital Systems LLC | Unsecured | 31.32 | 0.00 |
| 21. | GMAC Mortgage Corporation | Secured | | No Claim Filed |
| 22. | Fremont Investment & Loan | Secured | | No Claim Filed |
| 23. | Citi Mortgage | Secured | | No Claim Filed |
| 24. | Capital One | Unsecured | | No Claim Filed |
| 25. | S & S Financial Services | Unsecured | | No Claim Filed |
| 26. | Nicor Gas | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Montgomery Jr, Clarence

Printed: 12/23/08

Case Number: 08 B 17938
Judge: Goldgar, A. Benjamin
Filed: 7/11/08

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Yellow Book | Unsecured | | No Claim Filed |
| 28. | Chase Manhattan | Unsecured | | No Claim Filed |
| 29. | Capital One | Unsecured | | No Claim Filed |
| | | | $ 116,447.46 | $ 1,639.00 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 15.99 |
| 6.6% | 99.57 |
| | $ 115.56 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

